1058

*In the Matter of the Personal Restraint of* JERRY BALISOK, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04958-5, Larry A. Jordan, J., entered November 4, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DANAVIAN M. HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-08609-9, Ronald Kessler, J., entered January 18, 2000. *Dismissed* by unpublished per curiam opinion.

WILTON RABON, *Appellant*, v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-20199-7, Richard A. Jones, J., entered December 20, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Ellington and Appelwick, JJ. Now published at 107 Wn. App. 734.

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO BELL, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 95-1-07494-1, Nicole MacInnes and Joanne Alumbaugh, JJ., entered January 10, 2000. *Dismissed* by unpublished per curiam opinion.